O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| Motion Picture Editors Guild, IATSE Local 700, | ) ) ) ) ) ) ) ) ) ) ) ) ) | CV 10-6050 RSWL (PJWx) |
|---|---|---|
| Plaintiff, | | **ORDER Re: Plaintiff's Motion for Default Judgment by Court Against Defendant Cape Filmworks, LLC [13]** |
| v. | | |
| Cape Filmworks, LLC, a Massachusetts Corporation, | | |
| Defendant. | | |

On June 14, 2011, Plaintiff Motion Picture Editors Guild, IATSE Local 700's ("Local 700") Motion for Default Judgment by Court against Defendant Cape Filmworks, LLC ("Cape Filmworks") [13] came on for regular calendar before this Court. Having reviewed all papers submitted pertaining to this Motion, the Court **NOW FINDS AND RULES AS FOLLOWS:**

The Court hereby **GRANTS** Plaintiff's Motion for Default Judgment by Court against Defendant Cape Filmworks. The Court finds that Plaintiff Local 700

1

has satisfied the procedural requirements necessary for entry of default judgment under Local Rule 55. Furthermore, the Court finds the substantive factors set forth by the Ninth Circuit in <u>Eitel v. McCool</u>, 782 F.2d 1470, 1471-72 (9th Cir. 1986), weigh in favor of granting default judgment. Thus, Plaintiff has met all procedural and substantive requirements and Plaintiff's Motion for Default Judgment by Court against Defendant Cape Filmworks is **GRANTED**.

With regard to the relief requested, Plaintiff requests the following: 1) unpaid wages of $8,882.19 and 2) attorneys' fees of $1,088.22. Plaintiff Local 700 has informed the Court that it has waived its claim for filing costs in the amount of $707.32 and miscellaneous costs in the amount of $193.10.

Accordingly, the Court **GRANTS** Plaintiff's request for unpaid wages in the amount of $8,882.19 and attorneys' fees in the amount of $1,088.22. The Court finds that the attorneys' fees are reasonably calculated at the rate set by Local Rule 55-3.

DATED: June 16, 2011
**IT IS SO ORDERED.**

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

2